**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IXYS CORPORATION, NATHAN ZOMMER, UZI SASSON, DONALD L. FEUCHT, SAMUEL KORY, S. JOON LEE, TIMOTHY A. RICHARDSON, JAMES M. THORBURN, KENNETH D. WONG, LITTEL USE, INC., and IRON MERGER CO., INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-01592-MEM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice as to plaintiff or the other members of the putative class. Defendants have neither served an answer nor moved for summary judgment. As such, plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: February 12, 2018

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

**RIGRODSKY & LONG, P.A.**

By: *Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5347)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5301

*Attorneys for Plaintiff*